No. 87–7182.  SHAW v. NEW YORK.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 87–7184.  CONNER v. BOWEN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 87–7186.  RIVERA v. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–7187.  MOORE v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–7188.  MONTGOMERY v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 87–7194.  JOHNSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 87–7195.  BURNS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–7196.  BURNS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 87–7197.  BROWN v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 87–7200.  JACKSON v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 87–7202.  LYNCH v. HUTCHENSON, SHERIFF, MISSISSIPPI COUNTY, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–7204.  DORROUGH v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 87–7206.  HOLMES v. BARTON, SUPERINTENDENT, FLORIDA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 87–7207.  BROADEN v. CITY OF MONTGOMERY, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.